901 F.2d 799
 UNITED STATES of America, Plaintiff-Appellee,
v.
Francisco NOLASCO, Defendant-Appellant.
 No. 88-1156.
 United States Court of Appeals,
Ninth Circuit.
 April 25, 1990.
 
 Prior report: 881 F.2d 678.
 Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, and RYMER, Circuit Judges.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.